United States District Court
Northern District of California

| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | Case No. 20-cv-04475-JST |
|---|---|
| Plaintiffs, | **CLERK'S JUDGEMENT** |
| v. | Re: Dkt. No. 38 |
| RC KNAPP, INC., | |
| Defendant. | |

Pursuant to the Order Adopting Report and Recommendations Regarding Motion for Default Judgment signed April 23, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Monday, April 26, 2021

Susan Y. Soong
Clerk, United States District Court

Susan Y. Soong
By: 
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR