**EJ-001**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Allan D. Shuldiner, Esq. (SBN 252259)<br>Saltzman & Johnson Law Corporation<br>1141 Harbor Bay Pkwy., Ste. 100<br>Alameda, CA 94502<br>TEL NO.: 510-906-4710   FAX NO. *(optional):*<br>E-MAIL ADDRESS *(Optional):* ashuldiner@sjlawcorp.com<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94110
BRANCH NAME: Northern District of California

PLAINTIFF: Pension Plan for the Pension Trust Fund for Operating Engineers, et al.
DEFENDANT: RC Knapp Inc., et al.

| | |
|---|---|
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] **Amended** | **CASE NUMBER:** 20-cv-04475-JST |

*FOR RECORDER'S USE ONLY*
*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      > RC KNAPP, Inc.
      > 340 PARR BLVD
      > RICHMOND, CA 94801

   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      RC KNAPP, Inc., C/O CHRIS KNAPP, Agent for Service of Process, 340 Parr Blvd. Richmond, CA 94801

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Pension Plan for the Pension Trust Fund for Operating Engineers c/o Allan Shuldiner, Saltzman & Johnson Law Corp;1141 Harbor Bay Pkwy. Ste.100 Alameda, CA 94502

   Date: 11/4/2021
   Allan D. Shuldiner
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *Allan D. Shuldiner* (signature)
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $513,526.91
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 4/26/21
   b. Renewal entered on *(date):*
9. [SEAL] [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):* 1/11/2022

Mark B. Busby
*Karen Horman*, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Pension Plan for the Pension Trust Fund for Operating Engineers | COURT CASE NO.: |
|---|---|
| DEFENDANT: RC Knapp Inc. | 20-cv-04475-JST |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
James E. Murray, Trustee
c/o Allan D. Shuldiner, Esq.
Saltzman & Johnson Law Corporation
1141 Harbor Bay Pkwy. Ste. 100
Alameda, CA 94502

14. Judgment creditor *(name and address):*
Dan Reding, Trustee
c/o Allan D. Shuldiner, Esq.
Saltzman & Johnson Law Corporation
1141 Harbor Bay Pkwy. Ste. 100
Alameda, CA 94502

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.